UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ALEXANDER PAUL KELLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:22-CV-136-KAC-CRW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

Pursuant to the Court's "Memorandum Opinion and Order Dismissing Case" [2:22-cv-136, Doc. 5; 2:17-cr-17-4, Doc. 280], the Court **DENIED** Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [2:22-cv-136, Doc. 1; 2:17-cr-17-4, Doc. 278] and **DISMISSED** Petitioner's civil action. Accordingly, the Court **DIRECTS** the Clerk to **CLOSE** the civil action.

IT IS SO ORDERED.

                                                  s/ Katherine A. Crytzer
                                                  KATHERINE A. CRYTZER
                                                  United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT